UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :        17-CR-283 (LAP)
        -v.-                         :
                                     :        ORDER
JUSTIN RODRIGUEZ,                    :
                                     :
              Defendant.             :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        The hearing scheduled for June 30, 2026, is adjourned.  The

parties shall appear for a hearing on August 3, 2026, at 10:00

a.m. in Courtroom 12A, United States Courthouse, 500 Pearl Street,

New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
          June 29, 2026

_____
          LORETTA A. PRESKA
          Senior United States District Judge