UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JUSTIN RODRIGUEZ,<br><br>Defendant. | 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The hearing scheduled for August 3, 2026, is adjourned. The parties shall appear for a hearing on October 6, 2026, at 11:30 a.m. in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court shall close docket number 702.

**SO ORDERED.**

Dated: New York, New York
July 31, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge