LAW OFFICES OF
DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

October 2, 2026

Via ECF
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*United States v. Justin Rodriguez* 17 Cr. 283 (LAP)

Dear Judge Preska:

I write with the consent of the Government seeking an adjournment of the October 5, 2026 conference regarding Mr. Rodriguez' outstanding violation of supervised release petition. The violation is based on Mr. Rodriguez' New York State arrest and that case remains pending case. Accordingly, I respectfully request that Monday's status conference be adjourned until for thirty days, at a date and time convenient for the Court and the parties.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Christian B. Ronald
USPO Renel Dennnis via email

The conference scheduled for October 6, 2026, is adjourned.

The parties shall appear for a VOSR conference on November 9, 2026, at 11:30 AM at 500 Pearl Street, Courtroom 12A, New York NY 10007.

The Clerk of Court shall close ECF 704. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
October 2, 2026